[No. 33191-1-III. Division Three. April 26, 2016.]

KEVIN ANDERSON, *Appellant*, v. THE DEPARTMENT OF CORRECTIONS, *Respondent*.

Appeal from a judgment of the Superior Court for Franklin County, No. 13-2-50520-0, Vic L. VanderSchoor, J., entered February 13, 2015. *Affirmed* by unpublished opinion per Lawrence-Berrey, A.C.J., concurred in by Korsmo and Siddoway, JJ.

[No. 33022-2-III. Division Three. April 28, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMIAH RAY LOGAN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 12-1-02243-8, Harold D. Clarke III, J., entered December 5, 2014. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Fearing, C.J., and Pennell, J.

[No. 33267-5-III. Division Three. April 28, 2016.]

THE CITY OF YAKIMA, *Respondent*, v. 1606 W. KING ST., *Defendant*, JOHN E. GANGWISH, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 13-2-00389-8, Gayle M. Harthcock, J., entered April 17, 2015. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Fearing, C.J., and Siddoway, J.

[No. 33285-3-III. Division Three. April 28, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN THOMAS MUSIC, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 1-64918, John W. Lohrmann, J., entered April 20, 2015. *Reversed* by unpublished opinion per Korsmo, J., concurred in by Siddoway, J., and Sypolt, J. Pro Tem.